# UNITED STATES DISTRICT COURT FOR
# THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| EUGENE KEENAN, JR. )<br>)<br>Plaintiff, )<br>)<br>v. )<br>) CIVIL ACTION NO. 16-cv-10653-NMG<br>WELLS FARGO BANK, N.A. D/B/A )<br>AMERICA'S SERVICING COMPANY; and )<br>U.S. BANK, N.A. AS TRUSTEE FOR BAFC )<br>2007-4 )<br>)<br>Defendants. ) | |

## STIPULATION OF DISMISSAL

NOW COME the plaintiff Eugene Keenan, Jr. ("Plaintiff") and Wells Fargo Bank, N.A., & U.S. Bank, N.A. as Trustee ("U.S. Bank", collectively, the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(ii) and hereby stipulate that this action be dismissed with prejudice, without interest, costs or attorneys' fees.

Respectfully submitted,

WELLS FARGO BANK, N.A. AND U.S. BANK, N.A.
AS TRUSTEE FOR BAFC 2007-4.

By their attorneys,

*/s/ Michael R. Stanley*
Morgan T. Nickerson (BBO#667290)
morgan.nickerson@klgates.com
Michael R. Stanley (BBO # 680957)
michael.stanley@klgates.com
**K&L GATES LLP**
State Street Financial Center
One Lincoln Street
Boston, MA 02111
T: +1 617 951 9089
F: +1 617 951 3175

        Eugene Keenan, Jr.,
        By his attorney,

        /s/ Thomas B. Vawter

        _____
        Thomas B. Vawter, BBO # 544321
        Law Offices of Thomas B. Vawter
        P.O. Box 215
        Newton, MA 02468
        781.400.1978 (tel.)
        781.400.1979 (fax)
        tbvawter@comcast.net

Dated: May 11, 2017

## **CERTIFICATE OF SERVICE**

    I, Thomas B. Vawter, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Dated: May 11, 2017                      */s/ Thomas B. Vawter*